# EXHIBIT 3

```
Doc No: 00130052
Book:11250  Page:  285
```

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401

## CORPORATE ASSIGNMENT OF MORTGAGE

Providence City, Rhode Island
SELLER'S SERVICING #Redacted     "VALENTIN"
SELLER'S LENDER ID#: Redacted
OLD SERVICING #: Redacted

MIN #: Redacted     SIS #: 1-888-679-6377

Date of Assignment: October 15th, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR MORTGAGEIT, INC., ITS SUCCESSORS AND/OR ASSIGNS at PO BOX 2026 FLINT MI 48501, 1901 E VOORHEES ST, STE C, DANVILLE, IL 61834
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2N at C/O OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH,       , FL 33409

Executed By: HILARIA M. VALENTIN, SOLE OWNER  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR MORTGAGEIT, INC., ITS SUCCESSORS AND/OR ASSIGNS
Date of Mortgage: 06/19/2006 Recorded: 06/26/2006 in Book/Reel/Liber: 8131 Page/Folio: 90 as Instrument No.: 00144336 In Providence City, State of Rhode Island.

Property Address: 83 METROPOLITAN ROAD, PROVIDENCE, RI 02908

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $293,600.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR MORTGAGEIT, INC., ITS SUCCESSORS AND/OR ASSIGNS
On ___OCT 2 0 2015___

By: *Karen Smith*
___Karen Smith___, Assistant Secretary

STATE OF ___Iowa___
COUNTY OF ___Black Hawk___

On ___OCT 2 0 2015___, before me, ___Brandy Berns___, a Notary Public in and for ___Black Hawk___ in the State of ___Iowa___, personally appeared ___Karen Smith___, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Brandy Berns*
___Brandy Berns___
Notary Expires: 10/28/17

BRANDY BERNS
COMMISSION NO.786691
MY COMMISSION EXPIRES
OCTOBER 28, 2017

RECEIVED:
Providence
Received for Record
Nov 02,2015 at 09:26A
Document Num:  00130052
John A Murphy
Recorder of Deeds

(This area for notarial seal)

*VAS*VASGMAC*10/15/2015 01:19:26 PM* GMAC40GMACA000000000000000004747753* RI_PROV* 7191028534 RISTATE_MORT_ASSIGN_ASSN *KS*KS1GMAC*