# EXHIBIT

# 5

```
--------------------------------------------------------------------------------------------
LOAN#:  Redacted        INVESTOR#:   Redacted      POOL#: 1            NEXT DUE DT:07/01/2015
BORR1: Hilaria Valentin
BORR2:
PROP:  83 Metropolitan Rd                                   MAIL: 1200 RESERVOIR AVE
       Providence RI 02908-3336                             CRANSTON RI 02920-601
--------------------------------------------------------------------------------------------
```

---TRANSACTION ---

| EFFECTIVE | TIME | RV | TRN | DESCRIPTION | NXT DUE/REF | REV |
|-----------|------|----|----|-------------|-------------|-----|
| 10/04/13 | 23:59:01 | | NLD | Loan Disbursement | NL NewLoan Setup Balances | |
| 10/04/13 | 23:59:04 | | ESP | Escrow Payment | NL NewLoan Setup Balances | |
| 11/21/13 | 21:16:27 | | RSP | Regular/Spread | 01/01/2014 | |
| 11/21/13 | 21:16:30 | | PRP | Principal Payment | | |
| 12/12/13 | 18:29:02 | | RSP | Regular/Spread | 02/01/2014 | |
| 12/12/13 | 18:29:05 | | PRP | Principal Payment | | |
| 12/31/13 | 02:25:43 | | EIN | Escrow Interest Posting | | |
| 01/06/14 | 09:09:32 | | ETD | Tax Escrow Disbursement | 32 | |
| 01/21/14 | 20:39:52 | | RSP | Regular/Spread | 03/01/2014 | |
| 01/21/14 | 20:39:55 | | PRP | Principal Payment | | |
| 02/16/14 | 23:59:01 | | RSP | Regular/Spread | 04/01/2014 | |
| 02/16/14 | 23:59:04 | | PRP | Principal Payment | | |
| 03/18/14 | 18:58:55 | | RSP | Regular/Spread | 05/01/2014 | |
| 03/18/14 | 18:58:58 | | PRP | Principal Payment | | |
| 04/04/14 | 08:31:22 | | ETD | Tax Escrow Disbursement | 32 | |
| 04/18/14 | 18:52:45 | | RSP | Regular/Spread | 06/01/2014 | |
| 04/18/14 | 18:52:48 | | PRP | Principal Payment | | |
| 04/24/14 | 10:32:53 | | EMD | Miscellaneous Escrow Disb | ME Misc Escrow Disbursement | |
| 05/20/14 | 20:21:32 | | RSP | Regular/Spread | 07/01/2014 | |

```
05/20/14   20:21:35   PRP Principal Payment
06/17/14   17:19:22   RSP Regular/Spread              08/01/2014
06/17/14   17:19:25   PRP Principal Payment
07/02/14   08:54:26   ETD Tax Escrow Disbursement     32
07/15/14   21:26:32   RSP Regular/Spread              09/01/2014
07/15/14   21:26:35   PRP Principal Payment
08/18/14   19:41:44   RSP Regular/Spread              10/01/2014
08/18/14   19:41:47   PRP Principal Payment
09/15/14   21:55:59   RSP Regular/Spread              11/01/2014
09/15/14   21:56:02   PRP Principal Payment
10/14/14   08:25:51   ETD Tax Escrow Disbursement     32
10/15/14   12:17:41   EID Insurance Escrow Disb       50 Hazard Insurance
10/20/14   20:36:57   RSP Regular/Spread              12/01/2014
10/20/14   20:37:00   PRP Principal Payment
11/14/14   19:32:26   RSP Regular/Spread              01/01/2015
11/14/14   19:32:29   PRP Principal Payment
12/15/14   20:52:34   RSP Regular/Spread              02/01/2015
12/15/14   20:52:37   PRP Principal Payment
12/31/14   00:21:47   EIN Escrow Interest Posting
01/07/15   08:57:41   ETD Tax Escrow Disbursement     32
01/13/15   19:07:42   RSP Regular/Spread              03/01/2015
01/13/15   19:07:45   PRP Principal Payment
02/17/15   22:25:42   RSP Regular/Spread              04/01/2015
02/17/15   22:25:45   PRP Principal Payment
03/17/15   18:17:50   RSP Regular/Spread              05/01/2015
03/17/15   18:17:53   PRP Principal Payment
04/06/15   10:21:11   ETD Tax Escrow Disbursement     32
04/14/15   17:35:48   RSP Regular/Spread              06/01/2015
04/14/15   17:35:51   PRP Principal Payment
04/22/15   23:59:01   ESP Escrow Payment
05/11/15   23:17:38   R   Regular Payment             07/01/2015
06/24/15   17:27:39   ETD Tax Escrow Disbursement     32
10/05/15   09:58:55   ETD Tax Escrow Disbursement     32
12/24/15   13:19:27   EID Insurance Escrow Disb       56 Lender placed Hazard Insurance
```

```
12/29/15   11:30:54    ETD Tax Escrow Disbursement      32
12/31/15   05:34:07    EIN Escrow Interest Posting
04/06/16   10:05:41    ETD Tax Escrow Disbursement      32
06/16/16   14:48:21    EID Insurance Escrow Disb        56 Lender placed Hazard Insurance
06/29/16   10:06:32    ETD Tax Escrow Disbursement      32
09/29/16   10:13:58    ETD Tax Escrow Disbursement      32
11/03/16   06:10:17    FEW Fee Waive
12/27/16   11:29:20    ETD Tax Escrow Disbursement      32
04/05/17   10:33:21    ETD Tax Escrow Disbursement      32
06/30/17   10:38:30    ETD Tax Escrow Disbursement      32
08/04/17   12:37:39    EID Insurance Escrow Disb        56 Lender placed Hazard Insurance
09/15/17   12:24:38    EID Insurance Escrow Disb        56 Lender placed Hazard Insurance
09/29/17   10:18:26    ETD Tax Escrow Disbursement      32
10/17/17   12:34:48    EID Insurance Escrow Disb        56 Lender placed Hazard Insurance
11/15/17   10:57:28    EID Insurance Escrow Disb        56 Lender placed Hazard Insurance
12/15/17   10:41:10    EID Insurance Escrow Disb        56 Lender placed Hazard Insurance
12/26/17   09:42:07    ETD Tax Escrow Disbursement      32
```

```
------------------------------------------------------------------------------------
        INTEREST RATE:   3.12500                    PRIN BAL:    244,061.6
                                                    ESC BAL:      13,315.37
```

2
```
------------------------------------------------------------------------------------
```

| ERSED | - AFTER TRANS. BALANCES- | | TOTAL | ------------------------------ APPLIED ------- | | |
|---|---|---|---|---|---|---|
| | PRINCIPAL | ESCROW | AMTOUNT | PRINCIPAL | INTEREST | ESCROW |
| | 253685.75 | 0 | -253685.75 | -253685.75 | 0 | 0 |
| | 253685.75 | 1161.66 | 1161.66 | 0 | 0 | 1161.66 |
| | 253309.88 | 1493.53 | 1368.38 | 375.87 | 660.64 | 331.87 |
| | 253139.88 | 1493.53 | 170 | 170 | 0 | 0 |
| | 252762.59 | 1825.4 | 1368.38 | 377.29 | 659.22 | 331.87 |
| | 252612.59 | 1825.4 | 150 | 150 | 0 | 0 |
| | 252612.59 | 1825.57 | .17 | 0 | 0 | .17 |
| | 252612.59 | 1246.62 | -578.95 | 0 | 0 | -578.95 |
| | 252233.93 | 1578.49 | 1368.38 | 378.66 | 657.85 | 331.87 |
| | 252083.93 | 1578.49 | 150 | 150 | 0 | 0 |
| | 251703.89 | 1910.36 | 1368.38 | 380.04 | 656.47 | 331.87 |
| | 251503.89 | 1910.36 | 200 | 200 | 0 | 0 |
| | 251122.34 | 2242.23 | 1368.38 | 381.55 | 654.96 | 331.87 |
| | 250972.34 | 2242.23 | 150 | 150 | 0 | 0 |
| | 250972.34 | 1663.28 | -578.95 | 0 | 0 | -578.95 |
| | 250589.4 | 1995.15 | 1368.38 | 382.94 | 653.57 | 331.87 |
| | 250439.4 | 1995.15 | 150 | 150 | 0 | 0 |
| | 250439.4 | 1824.67 | -170.48 | 0 | 0 | -170.48 |
| | 250055.08 | 2156.08 | 1367.92 | 384.32 | 652.19 | 331.41 |

| | | | | | |
|---|---|---|---|---|---|
| 249955.08 | 2156.08 | 100 | 100 | 0 | 0 |
| 249569.49 | 2487.49 | 1367.92 | 385.59 | 650.92 | 331.41 |
| 249419.49 | 2487.49 | 150 | 150 | 0 | 0 |
| 249419.49 | 1908.54 | −578.95 | 0 | 0 | −578.95 |
| 249032.51 | 2239.95 | 1367.92 | 386.98 | 649.53 | 331.41 |
| 248932.51 | 2239.95 | 100 | 100 | 0 | 0 |
| 248544.26 | 2571.36 | 1367.92 | 388.25 | 648.26 | 331.41 |
| 248394.26 | 2571.36 | 150 | 150 | 0 | 0 |
| 248004.61 | 2902.77 | 1367.92 | 389.65 | 646.86 | 331.41 |
| 247879.61 | 2902.77 | 125 | 125 | 0 | 0 |
| 247879.61 | 2323.82 | −578.95 | 0 | 0 | −578.95 |
| 247879.61 | 343.82 | −1980 | 0 | 0 | −1980 |
| 247488.62 | 675.23 | 1367.92 | 390.99 | 645.52 | 331.41 |
| 247363.62 | 675.23 | 125 | 125 | 0 | 0 |
| 246971.29 | 1006.64 | 1367.92 | 392.33 | 644.18 | 331.41 |
| 246871.29 | 1006.64 | 100 | 100 | 0 | 0 |
| 246477.67 | 1338.05 | 1367.92 | 393.62 | 642.89 | 331.41 |
| 246427.67 | 1338.05 | 50 | 50 | 0 | 0 |
| 246427.67 | 1338.98 | .93 | 0 | 0 | .93 |
| 246427.67 | 760.03 | −578.95 | 0 | 0 | −578.95 |
| 246032.9 | 1091.44 | 1367.92 | 394.77 | 641.74 | 331.41 |
| 245932.9 | 1091.44 | 100 | 100 | 0 | 0 |
| 245536.84 | 1422.85 | 1367.92 | 396.06 | 640.45 | 331.41 |
| 245436.84 | 1422.85 | 100 | 100 | 0 | 0 |
| 245039.49 | 1754.26 | 1367.92 | 397.35 | 639.16 | 331.41 |
| 244914.49 | 1754.26 | 125 | 125 | 0 | 0 |
| 244914.49 | 1175.31 | −578.95 | 0 | 0 | −578.95 |
| 244515.78 | 1577.51 | 1438.71 | 398.71 | 637.8 | 402.2 |
| 244461.57 | 1577.51 | 54.21 | 54.21 | 0 | 0 |
| 244461.57 | 2108.18 | 530.67 | 0 | 0 | 530.67 |
| 244061.68 | 2510.38 | 1438.71 | 399.89 | 636.62 | 402.2 |
| 244061.68 | 1931.43 | −578.95 | 0 | 0 | −578.95 |
| 244061.68 | 1352.48 | −578.95 | 0 | 0 | −578.95 |
| 244061.68 | −1992.52 | −3345 | 0 | 0 | −3345 |

| | | | | | |
|---|---|---|---|---|---|
| 244061.68 | −2571.47 | −578.95 | 0 | 0 | −578.95 |
| 244061.68 | −2570.62 | .85 | 0 | 0 | .85 |
| 244061.68 | −3149.57 | −578.95 | 0 | 0 | −578.95 |
| 244061.68 | −6494.57 | −3345 | 0 | 0 | −3345 |
| 244061.68 | −7156.8 | −662.23 | 0 | 0 | −662.23 |
| 244061.68 | −7819.03 | −662.23 | 0 | 0 | −662.23 |
| 244061.68 | −7819.03 | 5 | 0 | 0 | 0 |
| 244061.68 | −8481.26 | −662.23 | 0 | 0 | −662.23 |
| 244061.68 | −9143.49 | −662.23 | 0 | 0 | −662.23 |
| 244061.68 | −9805.72 | −662.23 | 0 | 0 | −662.23 |
| 244061.68 | −10742.23 | −936.51 | 0 | 0 | −936.51 |
| 244061.68 | −11054.4 | −312.17 | 0 | 0 | −312.17 |
| 244061.68 | −11716.63 | −662.23 | 0 | 0 | −662.23 |
| 244061.68 | −12028.8 | −312.17 | 0 | 0 | −312.17 |
| 244061.68 | −12340.97 | −312.17 | 0 | 0 | −312.17 |
| 244061.68 | −12653.14 | −312.17 | 0 | 0 | −312.17 |
| 244061.68 | −13315.37 | −662.23 | 0 | 0 | −662.23 |

--------------------------

--------------------------
--------------------------
 SUSPENSE          OTHE
--------------------------
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।
   0                    ।

0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |
0 |

0
0
0
0
0
0
0
0
0
0
0
0
0
0
0
0