UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE

VS.                                           C.A. NO.: 18-CV-93

HILARIA VALENTIN

## MOTION FOR EXTENSION OF TIME

Defendant, by her attorney, moves this Court for an extension of time to June 5, 2018 to respond to the Complaint. The Defendant needs additional time to respond. The Plaintiff assents to this Motion.

May 22, 2018                              HILARIA VALENTIN
                                          By her attorney

                                          /s/ John B. Ennis
                                          John B. Ennis, Esq. #2135
                                          1200 Reservoir Avenue
                                          Cranston, RI 02920
                                          401-943-9230
                                          jbelaw75@gmail.com

1

## CERTIFICATION

      I hereby certify that I emailed a copy of the above Motion to the following electronically, on this 22d day of May, 2018:

Catherine Eastwood
Korde & Associates, PC
900 Chelmsford Street,
Suite 3102
Lowell, MA 01851

                                                                 /s/ John B. Ennis